**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 15-8021**

———————————

UNITED STATES OF AMERICA,

                     Plaintiff – Appellee,

      v.

YULISSA EUSEBIO,

                     Defendant - Appellant.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg.  Michael F. Urbanski, District Judge.  (5:12-cr-00001-MFU-2)

———————————

Submitted:  May 18, 2016             Decided:  May 20, 2016

———————————

Before SHEDD, DIAZ, and HARRIS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Yulissa Eusebio, Appellant Pro Se. Grayson A. Hoffman, Assistant United States Attorney, Harrisonburg, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yulissa Eusebio appeals from the district court's order denying her motion for reconsideration of her 90-month sentence and the order denying her motion for reconsideration of that order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Eusebio, No. 5:12-cr-00001-MFU-2 (W.D. Va. Oct. 28 & Dec. 14, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED